UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| FALCON PRODUCTS, INC., a | ) | |
| Delaware corporation, et al., | ) | |
| | ) | |
| Debtors. | ) | |
| ──────────────────────── | ) | |
| | ) | |
| PENSION BENEFIT GUARANTY | ) | No. 4:05-CV-2247 CAS |
| CORPORATION, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FALCON PRODUCTS, INC., et al., | ) | |
| | ) | |
| Appellees. | ) | |

## **ORDER**

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that the United States Bankruptcy Court for the Eastern District of Missouri's October 26, 2005 "Order Granting Debtors' Motion Seeking (1) A Determination That They Satisfy The Financial Requirements for a Distress Termination of Three Employee Retirement Income Plans; and (2) Approval of Termination of Such Pension Plans," and "Findings of Fact and Conclusions of Law Regarding Debtors' Motion Seeking (1) A Determination That They Satisfy The Financial Requirements for a Distress Termination of Three Employee

Retirement Income Plans; and (2) Approval of Termination of Such Pension Plans" are **AFFIRMED**.

                                              **CHARLES A. SHAW**
                                              **UNITED STATES DISTRICT JUDGE**

Dated this  21st  day of September, 2006.